

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00236-CV

**IN THE INTEREST OF C.R.G.P.**, a Minor Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12544
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: June 29, 2022

DISMISSED FOR WANT OF JURISDICTION

In an appeal filed on April 22, 2022, Appellant stated their intention to appeal the trial court's March 25, 2022 contempt judgment. On May 27, 2022, we ordered Appellant to show cause as to this court's jurisdiction by June 13, 2022.

We stated: This court does not have jurisdiction to review contempt orders by direct appeal. *Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985). Contempt orders may only be reviewed by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985).

To date, we have received no response.

Therefore, we dismiss this appeal for want of jurisdiction.

PER CURIAM